

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00321-CR

Bryan Krystopher **ANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1954
Honorable Mary D. Roman, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on August 5, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle, Clerk